No. 861. WILNER *v.* UNITED STATES. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Randolph C. Shaw,* and *Charles Bunn* for the United States.

No. 870. WARNER, ADMINISTRATRIX, *v.* GOLTRA. April 9, 1934. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. Samuel W. Fordyce, C. Powell Fordyce,* and *Henry J. Richardson* for petitioner. *Mr. Joseph T. Davis* for respondent.

No. 901. McCANDLESS, RECEIVER, *v.* FURLAUD ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the questions pertaining to the validity of the appointment of the petitioner as ancillary receiver, and his right as such to maintain this suit. *Mr. Ralph Royall* for petitioner. *Mr. Louis B. Eppstein* for respondents.

No. 887. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BLISS. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. James McKinley Rose* for respondent.

No. 888. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HARBISON; and

No. 889. SAME *v.* COLGATE. April 30, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for